# CLAIM / COMPLAINT

## UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF FLORIDA COURT

### Tampa, Florida

8:12CV1566T17TBM

| | |
|---|---|
| Abdullah Renaldo-Bey, | ) VIOLATIONS <br> ) <br> ) CERTIFICATE OF NOTICE <br> ) (CONTRACT) <br> ) <br> ) CLAIM/LAWSUIT <br> ) <br> ) $15 MILLION DOLLARS PER RIGHT <br> ) <br> ) CASE# 12-DR2382 <br> ) CASE# 12-DR2451 <br> ) CASE# 1206-013049 <br> ) |
| Plaintiff, | |
| vs. | |
| CURCUIT COURT IN AND FOR ESCAMBIA COUNTY, FL | |
| JUDGE THOMAS R. SANTURRI <br> PERSON THOMAS R. SANTURRI | |
| CHARLOTTE COUNTY SHERIFF'S OFFICE, | |
| BECK #2509 | |
| PRUMMELL #2684 | |
| WILSON #0398 | |
| RESPONDENT < Unidentified Person 1 | |
| RESPONDENT < Unidentified Person 2 | |

HILLSBOROUGH SHERIFF'S OFFICE

HALLENBURG #153485

K. YIM #234847

RESPONDENT DEPUTY < Unidentified Person 1

CORPORAL SMITH #5593

TAMPA POLICE DEPARTMENT

LUZZO #695

LEWELLEN #676

TAMARA WARE

RESPONDENT < Unidentified Person 1

RESPONDENT < Unidentified Person 2

Defendant,

# AFFIDAVIT OF FACT
## GENERAL FACTUAL ALLEGATIONS

COMES NOW, **Abdullah Renaldo-Bey**, Natural Person, Corpus Delecti, In Propria Persona, Sui Juris, and as Creditor, Beneficiary in Ex relatione: **RENALDO WILLIAMS** (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another,). Possessing Freehold by Inheritance and Primogeniture Status. The said **Plaintiff, Abdullah Renaldo-Bey,** sue

said defendants for money damages and states: Charlotte County Sheriff's Office, Hillsborough Sheriff's Office, Tampa Police, and the Circuit Court in and of Escambia County in the State of Florida has willfully encroached upon my GOD given and Constitutionally Secured Right to Freedom, Liberty, Peace, and Justice. (ALL officers of are REQUIRED to all have to support the Constitution of The United States of America, and the Constitution of the State of Florida, which is the contract. **See United States of America Constitution Article 6 § 2)** Government is put in place to serve, protect and defend ALL RIGHTS of the people. However, under threat, duress, and coercion and without personam jurisdiction, forced bills of attainder upon me, The Plaintiff (see case# 12-DR2382, Case# 12-DR2451, and Case# 1206-013049). A private corporate/corporation/individual that goes by official title police officer gave me, the Plaintiff, information that certain privilages and rights (non-commercial) would be revoked. Under threat, duress, and coercion I, Abdullah Renaldo-Bey, the Plaintiff is being forced against my free will, to address such VIOLENT, FRIVOLOUS, FALLACIOUS AND COLORABLE accusations (see case# 12-DR2382 and Case# 12-DR2451).

## JURISDICTIONAL ALLEGATIONS

This is a claim and action for money damages in excess of $9,000,000 million dollars

The jurisdiction of this court is invoked under Article 3 of The United States Constitution.

The Jurisdiction of this court is also invoked under Title 28 U.S. Code § 1331.

The jurisdiction of this court also invoked under Title 28 U.S. Code § 1332.

**Said Defendant(s)** are corporations incorporated under the laws of Florida Corporation Codes and having a main office in The County of Hillsborough, and are licensed to do business in the state of Florida. All acts necessary or precedent to the bringing of this claim / lawsuit occurred or accrued in Hillsborough County in the state of Florida. This United States District for the Middle District of Florida Court has jurisdiction to hear this case.

## COUNT ONE: BREACH OF CONTRACT

**I, the Plaintiff** re-alleges and restates the foregoing jurisdictional allegations and general factual allegations. **Said Defendant** intentionally without justification and without jurisdiction Worked Outside of Their Jurisdiction and Did Not Follow the Law, (Constitution of The United States of America and The Constitution of The State of Florida) and protect Rights of life, liberty and property of the **Plaintiff** As a direct and proximate result of **Defendant** constitutional breach. **I, the Plaintiff** suffered substantial money damages, loss of property as well as emotional stress and physical damages. Wherefore **I, the Plaintiff** demands judgment for money damages in the amount in excess of $1 million dollars against **said Defendant(s)** together with such other and further relief as the court may deem reasonable.

## COUNT TWO: TORTIOUS NEGLEGIENCE

**I, the Plaintiff,** re-alleges and restates the foregoing jurisdictional allegations and general factual allegations **Said Defendant** intentionally without justification and without jurisdiction disregarded their oath of office and my Affidavit of Truth, **the Plaintiff,** has Right to A Lawful Remedy and Cure. As a direct and proximate result of **said Defendants** negligence, **I, the Plaintiff,** demands judgment for damages in the amount of $1 million against **said Defendant(s)**.

## COUNT THREE:
## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

**I, the Plaintiff,** re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations **Said Defendant** intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.) enforcing that **I, the**

**Plaintiff** am required by law to surrender my property. As a direct and proximate result of **said Defendant(s) enforcing COLOR OF LAW I, the Plaintiff** suffered substantial money damages, loss of property as well as emotional stress and physical damages. **DEMANDING one Surrender one's IDENTIFICATION, DRIVERS LICENSE and/or REGISTRATION Without one's Willful Consent, Pursuant to Article III, Section II under Authority is vested in the Supreme Court.** Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $15 million against **said Defendant** together with such other and further relief as the court may deem reasonable.

## COUNT FOUR: CONSPIRACY

**I, the Plaintiff**, re-alleges and restates the foregoing jurisdictional allegations (Pg. 1 Lines 25 – Pg. 2 Line 9), and general factual allegations (Pg. 2 Lines 12- Pg. 3 Line 1). **Said Defendant(s)** intentionally without justification and without jurisdiction worked in collusion against the **Plaintiff** to deprive him of the right to Due Process of Law, the Right to Property and the Right to Peace and Happiness. As a direct and proximate result of consulting or having contact with said parties used as negligence upon Rights with **said Defendant(s)** acts. **I, the Plaintiff** suffered substantial money damages, loss of property as well as emotional stress and physical damages in the amount of $15 million per violation of right.

## COUNT FIVE: KIDNAPPING

**I, the Plaintiff**, re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations. **Said Defendant** intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.) demanding and enforcing that **I, the Plaintiff** in lawful possession of flesh and blood humanbeing son, Jordan Reysean

**Williams-Bey(property)**, is required by law to surrender it to Yim #234847, Hallenburg #153485, Unidentified Sheriff, corporal Smith #5593, Hillsborough Sheriff's office in the State of Florida ((see case# 12-DR2382 and Case# 12-DR2451).Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $15 million per violation of right.

## COUNT SIX: PERJURY

**I, the Plaintiff**, re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations. **Said Defendant** intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law **(See: Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.)** demanding and enforcing that **I, the Plaintiff in lawful possession of flesh and blood human being son, Jordan Reysean Williams-Bey(property)**, surrender him over to the State of Florida, commiting felony Perjury by filing false reports to law enforcement authorities, False official statements, and False information to law enforcement during investigation. My Affidavit Writ of Discovery, were received and confirmed by said Defendant on June 29, 2012 (abduction was June 27,2012) and was ambushed and attacked July 6,2012 by Traffanstedt #20581 in Case# 12-DR2451(All UNCONSTITUTIONAL; Including But Not Limited To, Citations – Summons / Ticket – Suits /Bills of Exchange, and any other 'Orders' or 'Actions' associated with it or them) Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $1 million per violation of rights.

## COUNT SEVEN: DEPRIVATION OF HUMAN RIGHTS

**I, the Plaintiff**, re-alleges and restates the foregoing jurisdictional allegations, and general

factual allegations. **Said Defendant** intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: **Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.**) demanding and enforcing that **I, the Plaintiff in lawful possession of flesh and blood human being son, Jordan Reysean Williams-Bey(property),** over to the **said defendant(s)** intentionally without justification committed felony Perjury by filing false reports to law enforcement authorities, False official statements and False information to law enforcement during investigation. Wherefore **I, the Plaintiff,** under threat, duress and coercion, in an unlawful seize and seizure by **the defendants** intentionally without justification, where said defendant committed fraud, deception, and the abuse of power or of a position of vulnerability. Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $15 million per violation of rights.

## COUNT EIGHT: TREASON

**I, the Plaintiff,** re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations. **Said Defendant** intentionally without justification and without jurisdiction Worked Outside of Their Jurisdiction and Did Not Follow the Law, (Constitution of The United States of America and The Constitution of The State of Florida) and enforcing that **I, the Plaintiff,** am required by law to surrender my son, **flesh and blood human being son, Jordan Reysean Williams-Bey(property)**to said **Defendant(s)** who refused to protect Rights of life, liberty and property of the **Plaintiff** As a direct and proximate result of **said Defendant's** constitutional breach. **Said Defendant(s)** intentionally without justification and without jurisdiction enforced Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: **Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.**) Enforcing that **I, the Plaintiff,** am required by law to be 14 Amendment Person RENALDO WILLIAMS(see U.S.C. Article VI and Affidavit of Fact Writ of Discovery) Wherefore **I, the Plaintiff** demands

judgment for money damages in the amount of $15 million per violation of right.

## COUNT NINE: FRAUD

**I, the Plaintiff,** re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations. **Said Defendant** intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.) demanding and enforcing that **I, the Plaintiff in lawful possession of my son, flesh and blood human being son, Jordan Reysean Williams-Bey(property)** surrender him to the Hillsborough Sheriff's office and continuously attempted to contract me by issuing Citations – Summons / Ticket – Suits / (misrepresented) Bills of Exchange, and any other 'Orders' or 'Actions' associated with it or them, Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $15 million per violation of right.

## COUNT TEN: DEFORMATION OF CHARACTER

I, the Plaintiff, re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations. Said Defendant intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.) demanding and enforcing that I, the Plaintiff in lawful possession of my flesh and blood son Jordan Reysean Williams-Bey, Am the 14th amendment artificial person RENALDO WILLIAMS and continuously tried to contract me by referencing a "Driver's License suspension" and reffering to me as the artificial name. Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $15 million per violation of right.

## COUNT ELEVEN: HUMAN TRAFFICKING

**I, the Plaintiff,** re-alleges and restates the foregoing jurisdictional allegations, and general factual allegations. **Said Defendant** intentionally without justification and without jurisdiction were enforcing Statutes, Codes, Policies, Regulations, Customs, Ordinances and Color of Law (See: Title 18 USC §242., Title 18 USC §245., Title 42 USC §1983.) demanding and enforcing that **I, the Plaintiff in lawful possession of flesh and blood human being son, Jordan Reysean Williams-Bey(property),** over to the **said defendant(s)** intentionally without justification committed felony Perjury by filing false reports to law enforcement authorities, False official statements and False information to law enforcement during investigation. Wherefore **I, the Plaintiff,** under threat, duress and coercion, in an unlawful seize and seizure by **the defendants** intentionally without justification, where said defendant committed fraud, deception, and the abuse of power or of a position of vulnerability. Kidnapping my son and driving off with him to a location unknown. Wherefore **I, the Plaintiff** demands judgment for money damages in the amount of $15 million per violation of right totaling in excess of 60 million dollars against **said Defendant(s)** together with such other and further relief as the court may deem reasonable (see case# 12-DR2382 and Case# 12-DR2451).

I, **Abdullah Renaldo-Bey,** do not, under any conditions or circumstances, nor by threat, duress, or coercion, waive any Unalienable Rights or any other Rights Secured by the Constitution or Treaty; and, hereby request that the Officers of this Court fulfill their Obligations to preserve the rights of this Petitioner (A Natural Flesh And Blood Man) and to carry out their delegated Judicial Duties with good behavior, and in 'Good Faith'.

**All UNCONSTITUTIONAL;** Including But Not Limited To, Citations – Summons / Ticket – Suits / (misrepresented) Bills of Exchange, and any other 'Orders' or 'Actions' associated with it

or them, to be 'Dismissed', 'Abated' and expunged from the Record; being null on it's face and merits.

**Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent.**

**IF YOU CHOOSE TO IGNORE THESE WARNINGS** it will show bad faith on your part, and prima facie evidence of your deliberate indifference to constitutionally mandated rights. A copy of this instrument will be prima facie evidence of your bad faith. YOU will be held personally accountable, liable, and sued for damages; BOTH under your Official and Individual Capacities. Remember, YOU are "Doing Business As" A Public Servant, and as such, you are expected to treat me with due respect, as I respectfully thank you, for reading this NOTICE OF INTENT. Officer, I cannot and will not offer you any information that may later be used against me in a Civil or Criminal proceeding. This includes producing documents that may or may not, be in my possession. If there is some important information that you wish to impart upon me, please do so in a respectful manner. I do hope you will have a good day.

Abdullah Renaldo-Bey<br>
Authorized Representative<br>
Ex. Rel: **RENALDO WILLIAMS**<br>
ALL RIGHTS RESERVED<br>
UCC 1-207 / UCC1-308; UCC 1-103<br>
23260 Altman Avenue<br>
[Port Charlotte, Florida 33980]<br>
PH (813)317-3288